# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 22, 2020

## NO. 03-19-00908-CV

**Francis Campone and Sai Temple of Spiritual Healing, Inc., Appellants**

**v.**

**Steven Kline and Phaedra Kline, Appellees**

## APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES BAKER AND TRIANA
## AFFIRMED IN PART; REVERSED AND REMANDED IN PART
## ON MOTION FOR REHEARING -- OPINION BY JUSTICE BAKER

This is an appeal from the summary judgment order signed by the trial court on December 10, 2019. Francis Campone and Sai Temple of Spiritual Healing, Inc. have filed a motion for rehearing, and having reviewed the motion, the record, and the parties' arguments, we grant the motion for rehearing. The Court therefore withdraws its opinion and judgment from August 13, 2020 and substitutes the following opinion and judgment in their place. The Court holds that there was no reversible error in the portion of the court's summary judgment as to Sai Temple's defamation claim and affirms that portion of the trial court's summary judgment. The Court further holds that there was reversible error in the remainder of the court's summary judgment and reverses the remainder of the trial court's summary judgment. The Court remands Campone's defamation claim against Steven Kline arising from the Michelson conversation and

the Klines' claim for attorney's fees under the TCPA for further proceedings in the trial court. Each party shall pay the costs of appeal incurred by that party, both in this Court and in the court below.